# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BARTECH INTERNATIONAL, INC., | ) | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | (Docket No. 82) |
| MOBILE SIMPLE SOLUTIONS, INC., et al., | ) | |
| Defendant(s). | ) | |

On May 2, 2016, Plaintiff filed a notice indicating that it did not oppose the unsealing of the documents at Docket Nos. 67 and 71, along with the exhibits attached thereto.  Docket No. 82. Accordingly, the Court **ORDERS** the Clerk's Office to unseal the above-referenced documents.

IT IS SO ORDERED.

DATED: May 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge