Michael R. Kealy,
Nevada Bar No. 971
Ashley C. Nikkel,
Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Email: mkealy@parsonsbehle.com
       anikkel@parsonsbehle.com

– and –

Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, Maryland 21201
Telephone: (410) 837-6999
Facsimile: (410) 510-1647
Email: greg@lawcfl.com
       kyle@lawcfl.com

Attorneys for Plaintiff
BARTECH SYSTEMS INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff/Counter-defendant,<br>v.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>Defendants/Counterclaimants. | Case No. 2:15-cv-02422-MMD-NJK<br><br>**UNOPPOSED MOTION TO SUSPEND LOCAL RULES FOR A LIMITED PURPOSE** |

Pursuant to Local Rule IA 1-4, Plaintiff, Bartech Systems International, Inc. ("Bartech"), by its attorneys, moves this Court for a suspension of the Local Rules as effective May 1, 2016 (the "New Local Rules") in favor of the Local Rules as effective on August 1, 2011 in the interests of justice and judicial economy for the limited purpose of allowing Bartech to re-file its Motion for a Preliminary Injunction, Reply in support thereof, and supporting declarations and exhibits concurrently with its Renewed Motion to Seal pursuant to the Court's April 27, 2016 Order.  *See* ECF Nos. 16, 17, 47, 67, 68, 71, 72, 80.[1]  In particular, New Local Rules IA 7-3, IA 10-1, IA 10-3, IA 10-5, 7-3 each require Bartech to alter the contents of its Motion for a Preliminary Injunction, originally filed January 14, 2016, and Reply in support thereof, originally filed February 16, 2016, as well as supporting declarations and exhibits associated with these filings.  ECF Nos. 16, 47.  The Court has already held a two-day evidentiary hearing on Bartech's Motion for a Preliminary Injunction, thus a suspension of the New Local Rules would serve the interests of justice and judicial economy by enabling the Court to rule on the Motion for a Preliminary Injunction as briefed and argued before the Court.  This Motion is based upon the following Memorandum of Points and Authorities.

DATED:  May 3, 2016

PARSONS BEHLE & LATIMER

/s/  Michael R. Kealy
Michael R. Kealy, Nevada Bar No. 971
Ashley C. Nikkel, Nevada Bar No. 12838

– and –

Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
Attorneys for Plaintiff
BARTECH SYSTEMS INTERNATIONAL, INC.

---

[1]     Defendants do not oppose this Motion.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.
## BACKGROUND

Bartech originally filed its Motion for a Preliminary Injunction and certain supporting exhibits and declarations under Seal on January 14, 2016. ECF No. 16. Bartech filed its Reply in support thereof and supporting declarations and exhibits under Seal on February 16, 2016. ECF No. 47. Bartech, of course, moved for leave to file these documents under Seal. *See* ECF Nos. 15, 46.

On April 7, 2016, the Court issued an Order denying without prejudice, *inter alia*, Bartech's Motions to Seal its Motion for a Preliminary Injunction, Reply, and certain supporting declarations and exhibits for failure to comply with the Ninth Circuit's recent opinion in *Center for Auto Safety v. Chrysler Group, LLC*. 809 F.3d 1092 (9th Cir. 2016); ECF No. 58; *see* ECF Nos. 15, 16, 46, 47.

On April 15, 2016, Bartech and Defendants Mobile Simple Solutions, Inc., Mobile Simple Solutions (IAS), Inc., Vincent Tessier, and Christelle Pigeat filed a Joint Motion to Seal Bartech's Motion for a Preliminary Injunction, Defendants' Opposition thereto, and Bartech's Reply in Support thereof, as well as certain supporting declarations and exhibits attendant to these filings. ECF Nos. 66-72.

On April 18 and 19, 2016, the Court held an evidentiary hearing on Bartech's Motion for a Preliminary Injunction. *See* ECF No. 16, 73, 74, 77, 78.

On April 27, 2016, the Court issued an Order denying without prejudice the parties' Joint Motion to Seal for failure to comply with the *Center for Auto Safety* opinion. ECF Nos. 66, 80. In the Order, the Court directed the parties to file renewed Motions to Seal and redacted filings by May 4, 2016. ECF No. 80.

On May 1, 2016, revised Local Rules took effect (the "New Local Rules").

## II.

PARSONS
BEHLE &
LATIMER

## LEGAL ARGUMENT

Bartech respectfully moves this Court to suspend the New Local Rules for the limited purpose of allowing it to file its Motion for a Preliminary Injunction, Reply in support thereof, and supporting declarations and exhibits concurrently with its renewed Motion to Seal, as directed by the Court's April 27, 2016 Order. *See* ECF Nos. 16, 17, 47, 67, 68, 71, 72, 80.

In particular, New Local Rules IA 7-3, IA 10-1, IA 10-3, IA 10-5, 7-3 each require Bartech to alter the content of the above filings. For example, Bartech originally filed its thirty (30) page Motion for a Preliminary Injunction in compliance with the prior version of the Local Rules. The New Local Rules reduced the page limit applicable to Bartech's Motion for a Preliminary Injunction from the prior limit of thirty (30) pages to the new limit of twenty-four (24) pages. L.R. 7-3. Moreover, Bartech attached relevant excerpts of deposition transcripts to its Motion for a Preliminary Injunction and referenced the original pagination of same in its Memorandum of Points and Authorities. *See, e.g.*, ECF No. 16 at 7 & Exs. 4, 5. New Local Rule IA 10-1(a)(5) requires all filed documents to be numbered consecutively, which, if applied, would cause confusion because the excerpts attached by Bartech contain four (4) pages of testimony per one (1) page of each exhibit.[2]

Applying the New Local Rules to Bartech's Motion for a Preliminary Injunction, Reply in support thereof, and supporting declarations and exhibits would thus require substantial revision of a fully briefed and argued motion that has already been the subject of a two-day evidentiary hearing before the Court. Therefore, the interests of justice and judicial economy are best served by a suspension of the New Local Rules to enable Bartech to re-file its Motion for a Preliminary Injunction and Reply in support thereof, as well as attendant supporting declarations and exhibits, without altering the contents of these documents.

---

[2] The prior iteration of New Local Rule IA 10-1(a)(5), then labeled Local Rule 10-1, excepted exhibits from the consecutive pagination requirement.

For the foregoing reasons, Bartech respectfully requests that this Court grant its Unopposed Motion to Suspend the Local Rules for a Limited Purpose.

DATED: May 3, 2016     PARSONS BEHLE & LATIMER


   /s/ Michael R. Kealy
Michael R. Kealy, Nevada Bar No. 971
Ashley C. Nikkel, Nevada Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
E-mail: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com
– and –
Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, MD 21201
Telephone: (410) 837-6999
E-mail: greg@lawcfl.com
kyle@lawcfl.com

Attorneys for Plaintiff
BARTECH SYSTEMS INTERNATIONAL, INC.



IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED:   May 4, 2016

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 3rd day of May, 2016, I filed a true and correct copy of the foregoing **UNOPPOSED MOTION TO SUSPEND LOCAL RULES FOR A LIMITED PURPOSE** with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to the following:

Patrick G. Byrne, Esq.
Michael D. Stein, Esq.
Sherry Ly, Esq.
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas NV 89169
pbyrne@swlaw.com
mstein@swlaw.com
sly@swlaw.com

    /s/ Tracy L. Brown
Employee of Parsons Behle & Latimer