1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., ) | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff, ) | |
| ) | ORDER RE: MOTION TO |
| vs. ) | WITHDRAW |
| ) | |
| MOBILE SIMPLE SOLUTIONS, INC., et al., ) | |
| ) | (Docket No. 130) |
| Defendants. ) | |

Pending before the Court is a motion to withdraw as attorney for Defendants.  Docket No. 130.  The Court hereby **SETS** a hearing on the motion for 4:00 p.m. on September 29, 2016, in Courtroom 3A.  Any response to the motion to withdraw shall be filed no later than September 22, 2016.  Defendants' current counsel, each individual Defendant, and a corporate representative of each corporate Defendant shall appear at the hearing in person.  Any newly retained counsel shall also appear in person.  THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.  No later than September 19, 2016, Defendants' current counsel of record shall serve Defendants with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED:   September 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge