1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                          **DISTRICT OF NEVADA**

6

7   BARTECH SYSTEMS INTERNATIONAL, INC., )
                                         )        Case No. 2:15-cv-02422-MMD-NJK
8                 Plaintiff(s),          )
                                         )        ORDER
9   vs.                                  )
                                         )        (Docket No. 140)
10  MOBILE SIMPLE SOLUTIONS, et. al,     )
                                         )
11                Defendant(s).          )
    ─────────────────────────────────── )

12

13          Currently pending before the Court is Plaintiff's counsel's motion to appear

14  telephonically at a hearing set for September 29, 2016.  Docket No. 140.  Though the hearing

15  Plaintiff's attorneys are not required to attend the hearing, this motion is hereby **GRANTED**.

16  Plaintiff's attorneys may appear telephonically by calling the Court conference line at 877-402-

17  9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to

18  ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell

19  phone calls, as well as the use of a speaker phone, are prohibited.

20          IT IS SO ORDERED.

21          DATED: September 23, 2016

22          _____
            NANCY J. KOPPE
            United States Magistrate Judge

23

24

25

26

27

28