**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MOBILE SIMPLE SOLUTIONS, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:15-cv-02422-MMD-NJK <br><br> ORDER GRANTING MOTION <br> TO FILE ELECTRONICALLY <br><br> (Docket No. 165) |

Pending before the Court is *pro se* Defendant Christelle Pigeat's Motion for Permission for Electronic Case Filing, Docket No. 165, which the Court hereby **GRANTS**. Defendant must comply with the following procedures in order to activate her CM/ECF account:

1. On or before **December 19, 2016**, Defendant must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

2. Defendant is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . . .

. . . .

3.  Upon timely filing of the certification, Defendant shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED this  18th   day of November, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge