UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BARTECH SYSTEMS INTERNATIONAL, ) | | |
| ) | | |
| Plaintiff, ) | Case No. 2:15-cv-02422-MMD-NJK | |
| ) | | |
| vs. ) | ORDER | |
| ) | | |
| MOBILE SIMPLE SOLUTIONS, et al., ) | | |
| ) | | |
| Defendants. ) | | |

Pending before the Court is Plaintiff's motion to compel the deposition of Defendant Christelle Pigeat, and for an award of attorneys' fees. Docket No. 159. Any response to that motion was due no later than November 16, 2016, Docket No. 161, and no response has been filed to date. Accordingly, the motion to compel and for attorneys' fees is **GRANTED** as unopposed. *See* Local Rule 7-2(d). Defendant shall appear for her deposition no later than December 16, 2016.

Plaintiff shall file, no later than December 9, 2016, the amount of attorneys' fees and costs it seeks to recover, along with all appropriate support for the requested fees. Any response to Plaintiff's request shall be filed no later than December 30, 2016, and any reply shall be filed by January 6, 2017.

The Court **INSTRUCTS** the Clerk's Office to serve this order on Defendant Pigeat by e-mail at christelle.pigeat@gmail.com.

IT IS SO ORDERED.

DATED: December 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge