**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., <br><br>                Plaintiff(s), <br><br>vs. <br><br>MOBILE SIMPLE SOLUTIONS, INC., et al., <br><br>                Defendant(s). | Case No. 2:15-cv-02422-MMD-NJK <br><br>**ORDER** <br><br>(Docket No. 190) |

Pending before the Court is Plaintiff's motion for a pretrial conference, Docket No. 190, which is hereby **GRANTED**. The Court hereby **SETS** a hearing for 8:30 a.m. on January 20, 2017 in Courtroom 3B. Plaintiff's counsel, a corporate representative of Plaintiff, and Defendants Tessier and Pigeat shall appear at the hearing in person. THERE WILL BE NO EXCEPTIONS TO THESE PERSONAL APPEARANCE REQUIREMENTS. Failure to comply with this order may result in sanctions.

The Court **INSTRUCTS** the Clerk's Office to serve this order on Defendant Pigeat by e-mail at christelle.pigeat@gmail.com and on Defendant Tessier by e-mail at vintessier@gmail.com.

IT IS SO ORDERED.

Dated: January 11, 2017

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge