# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, | |
| Plaintiff, | Case No. 2:15-cv-02422-MMD-NJK |
| vs. | ORDER |
| MOBILE SIMPLE SOLUTIONS, et al., | (Docket No. 204) |
| Defendants. | |

Presently before the Court is Defendant Pigeat's filing regarding foreign bankruptcy proceedings, which the Court construes as a motion to stay. Docket No. 204. Plaintiff filed a response. Docket No. 207. Defendant indicates that she has petitioned the United States Bankruptcy Court to recognize her Canadian bankruptcy proceeding. Docket No. 204 at 1. Defendant submits that, as a result of this petition, an "automatic stay remains in place against all Estate property." *Id.* Plaintiff responds that an automatic stay only goes into effect after the United States Bankruptcy Court recognizes a foreign proceeding. Docket No. 207 at 3. Plaintiff submits that Defendant has not demonstrated that the United States Bankruptcy Court has recognized Defendant's foreign proceeding. *Id.* at 3-4.

Defendant makes no showing that the United States Bankruptcy Court has recognized her foreign bankruptcy proceeding as the foreign main proceeding. *See* Docket No. 204 at 1-6. An automatic stay as to Defendant Pigeat will not be imposed absent such a showing. 11 U.S.C. §§

1504, 1509, 1515, 1520; *see also Oak Point Partners v. Lessing*, No. 11-CV-03328-LHK, 2013 WL 1703382, at *5 (N.D. Cal. Apr. 19, 2013).

    Accordingly, Defendant's motion to stay (Docket No. 204), is hereby **DENIED** without prejudice. Any renewed motion must address the proper standards and comply with the Court's Local Rules. The Court **INSTRUCTS** the Clerk's Office to serve this order on Defendant Pigeat by e-mail at christelle.pigeat@gmail.com.

    IT IS SO ORDERED.

    DATED: January 23, 2017

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge