1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

10 BARTECH SYSTEMS INTERNATIONAL, INC., )        Case No. 2:15-cv-02422-MMD-NJK
                                       )
            Plaintiff(s),              )        ORDER
11                                     )
   vs.                                 )
12                                     )
   MOBILE SIMPLE SOLUTIONS, INC., et al., )
13                                     )
            Defendant(s).              )
14 _____)

15        The Court has again received mail from Johnson & Gubler, P.C., ostensibly related to

16 Defendant Pigeat's bankruptcy proceedings. As the Court previously noted, no party, or any attorney

17 for a party, may make any *ex parte* communications with the Court, absent certain exceptions not

18 applicable here. LR IA 7-2(b). Moreover, "an attorney or *pro se* party must not send case-related

19 correspondence, such as letters . . . to the court," absent certain exceptions not applicable here. LR

20 IA 7-1. Rather, "[a]ll communications with the Court must be styled as a motion, stipulation, or

21 notice, and must be filed in the court's docket and served on all other attorneys and *pro se* parties."

22 LR IA 7-1(b).

23        The Court will not consider this improper *ex parte* communication. To the extent Defendant

24 seeks any relief or wishes to apprise the Court of relevant information, she must file a motion or

25 notice on the docket. The Court advises Defendant, Matthew Johnson, Russell Gubler, and Ashveen

26 Dhillon that any future *ex parte* communications may result in the imposition of sanctions. The

27 Court **INSTRUCTS** the Clerk's Office to file a copy of the mail the Court has received on the

28 docket, and to serve a copy of this order on Defendant Pigeat by e-mail at

christelle.pigeat@gmail.com.  The Court further **INSTRUCTS** the Clerk's Office to mail a copy of this order and the Order at Docket No. 222 to Matthew Johnson, Russell Gubler, and Ashveen Dhillon at Lakes Business Park, 8831 West Sahara Avenue, Las Vegas, Nevada 89117.

IT IS SO ORDERED.

Dated: February 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

2