Michael R. Kealy,
Nevada Bar No. 971
Ashley C. Nikkel,
Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Email: mkealy@parsonsbehle.com
       anikkel@parsonsbehle.com

– and –

Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, Maryland 21201
Telephone: (410) 837-6999
Facsimile: (410) 510-1647
Email: greg@lawcfl.com
       kyle@lawcfl.com

Attorneys for Plaintiff/Counter-Defendant
BARTECH SYSTEMS INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>  Plaintiff/Counter-defendant,<br>vs.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>  Defendants/Counterclaimants. | Case No. 2:15-cv-02422-MMD-NJK<br><br>[PROPOSED] ORDER |

PARSONS
BEHLE &
LATIMER

UPON CONSIDERATION of the Order dated September 29, 2016 directing Defendant and Counterclaimant Mobile Simple Solutions (IAS), Inc. ("Defendant Mobile Canada") to retain counsel by October 31, 2016 (ECF No. 149), the Clerk's entry of default of Defendant Mobile Canada as to its counterclaims (ECF No. 187), the Clerk's entry of default of Defendant Mobile Canada as to claims raised in the First Amended Complaint of Plaintiff and Counter-Defendant Bartech Systems International, Inc. ("Plaintiff Bartech") (ECF No. 205), and the Order dated January 26, 2017 directing Defendant Mobile Canada to show cause in writing, no later than February 8, 2017, why default judgment should not be entered for its failure to comply with the Court's order to retain counsel, it is hereby **ORDERED** that all counts in Defendant Mobile Canada's Counterclaims (ECF No. 13) are **DISMISSED**; and

**IT IS FURTHER ORDERED** that Default Judgment be entered in favor of Plaintiff Bartech, and against Defendant Mobile Canada, on all counts in Bartech's First Amended Complaint (ECF No. 1-32); and

**IT IS FURTHER ORDERED** that said Default Judgment shall be in an amount and for such other relief that the Court determines upon application of Plaintiff Bartech.

**IT IS SO ORDERED.**

DATED: March 29, 2017

_____
UNITED STATES DISTRICT JUDGE