Michael R. Kealy,
Nevada Bar No. 971
Ashley C. Nikkel,
Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Email: mkealy@parsonsbehle.com
        anikkel@parsonsbehle.com

        – and –

Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, Maryland  21201
Telephone:  (410) 837-6999
Facsimile: (410) 510-1647
Email: greg@lawcfl.com
        kyle@lawcfl.com

Attorneys for Plaintiff/Counter-Defendant
BARTECH SYSTEMS INTERNATIONAL, INC.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation, | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff/Counter-defendant, | [PROPOSED] ORDER |
| vs. | |
| MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, | |
| Defendants/Counterclaimants. | |

PARSONS
BEHLE &
LATIMER

**UPON CONSIDERATION** of the pleadings, Plaintiff and Counter-Defendant Bartech Systems International's ("Bartech") Second Motion for Contempt (ECF No. 117, sealed unredacted ECF No. 121) and the errata thereto (ECF No. 132), the Response filed by Defendants and Counterclaimants Mobile Simple Solutions, Inc., Mobile Simple Solutions (IAS), Inc., Vincent Tessier, and Christelle Pigeat ("Defendants") (ECF No. 128), the Reply filed by Bartech (ECF No. 135), and for the reasons stated on the record during the March 23, 2017 hearing and the minutes (ECF No. 254) and transcript of that hearing, it is hereby **ORDERED** that Defendants shall:

(1) Immediately cease selling, leasing, renting, or offering for sale, lease, rent or subscription any version of the ABreez software that contains any version of the PMS application without leave of Court. Leave of Court shall not be granted except in the following circumstances: an independent expert in the fields of computer science and computer forensics, at Defendants' expense, shall file a status report with the independent expert's certification that Defendants' software no longer contains Bartech's source code or other misappropriated trade secrets.

(2) Provide notice via electronic and regular mail in the form of **Exhibit A** to this Order to all customers of ABreez not using the ABreez software as a "stand alone" solution that notifies such customers (identified in **Exhibit B**) that this Court's May 24, 2016 Order (ECF No. 96) prohibits Defendants from selling, leasing, renting, or offering for sale, lease, rent, or subscription any version of the ABreez software that contains any version of the PMS application, and that any further use of the ABreez software is prohibited without further Order of this Court.

(3) File proofs of service to show that the notice in the form of **Exhibit A** was provided to the customers identified in **Exhibit B**.

**IT IS FURTHER ORDERED** that:

(1) If Defendants fail to file proofs of service of the notice in the form of **Exhibit A** to the customers identified in **Exhibit B** within five (5) days of the date of this Order, then Bartech may provide the notice.

(2) Bartech is awarded reasonable attorneys' fees incurred in briefing and arguing the Second Motion for Contempt.

**IT IS SO ORDERED.**

DATED: ____April 6, 2017____    _____

UNITED STATES DISTRICT JUDGE

PARSONS
BEHLE &
LATIMER

3

# EXHIBIT A

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff/Counter-defendant,<br><br>vs.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>Defendants/Counterclaimants. | Case No. 2:15-cv-02422-MMD-NJK |

### <u>NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE</u>

You are hereby notified that the Holiday Inn Vilnius (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. **<u>Therefore, further use of the ABreez software is prohibited without further order of the court.</u>**

The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

1

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3

4   BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,                Case No. 2:15-cv-02422-MMD-NJK

5            Plaintiff/Counter-defendant,

vs.

6

7   MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian

8   corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an

9   individual,

10            Defendants/Counterclaimants.

11

12  ### NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE

13       You are hereby notified that the Beekman Hotel (the "Hotel") cannot use the ABreez

14  software until further notice. Therefore, please take whatever steps are necessary to disable the

15  ABreez software on the Hotel's network system, including uninstalling the ABreez software if

16
    necessary. This directive is the result of a court order issued by the United States District Court
17
    for the District of Nevada. The court found that the ABreez Property Management System
18
19  Application was developed using trade secrets misappropriated from Bartech Systems

20  International, Inc.  **Therefore, further use of the ABreez software is prohibited without**

21  **further order of the court.**

22       The court ordered that this notice be sent to all customers using the ABreez software with

23
    the Property Management System Application installed.
24

25

26

27

28

PARSONS
BEHLE &
LATIMER

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,

                Plaintiff/Counter-defendant,

vs.

MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,

                Defendants/Counterclaimants.

Case No. 2:15-cv-02422-MMD-NJK

## NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE

    You are hereby notified that the Royalton Hotel (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. **Therefore, further use of the ABreez software is prohibited without further order of the court.**

    The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,

Case No. 2:15-cv-02422-MMD-NJK

5

        Plaintiff/Counter-defendant,

vs.

6

7

MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,

8

9

10

        Defendants/Counterclaimants.

11

12

**NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE**

13

        You are hereby notified that the Wythe Hotel (the "Hotel") cannot use the ABreez

14

software until further notice.  Therefore, please take whatever steps are necessary to disable the

15

ABreez software on the Hotel's network system, including uninstalling the ABreez software if

16

necessary.  This directive is the result of a court order issued by the United States District Court

17

for the District of Nevada.  The court found that the ABreez Property Management System

18

Application was developed using trade secrets misappropriated from Bartech Systems

19

International, Inc.  **Therefore, further use of the ABreez software is prohibited without**

20

**further order of the court.**

21

22

        The court ordered that this notice be sent to all customers using the ABreez software with

23

the Property Management System Application installed.

24

25

26

27

28

PARSONS
BEHLE &
LATIMER

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation, | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff/Counter-defendant, | |
| vs. | |
| MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, | |
| Defendants/Counterclaimants. | |

<u>**NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE**</u>

You are hereby notified that the Nativ Hotel (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. <u>**Therefore, further use of the ABreez software is prohibited without further order of the court.**</u>

The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation, | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff/Counter-defendant, | |
| vs. | |
| MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, | |
| Defendants/Counterclaimants. | |

**<u>NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE</u>**

You are hereby notified that the Clift Hotel (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. **<u>Therefore, further use of the ABreez software is prohibited without further order of the court.</u>**

The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

PARSONS
BEHLE &
LATIMER

11

1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,

                    Plaintiff/Counter-defendant,

vs.

MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,

                    Defendants/Counterclaimants.

Case No. 2:15-cv-02422-MMD-NJK

12

### NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE

13

14

15

16

17

18

19

20

21

        You are hereby notified that The Raphael Hotel (the "Hotel") cannot use the ABreez software until further notice.  Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary.  This directive is the result of a court order issued by the United States District Court for the District of Nevada.  The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc.  **Therefore, further use of the ABreez software is prohibited without further order of the court.**

22

23

24

        The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BARTECH SYSTEMS INTERNATIONAL,
INC., a Delaware corporation,                          Case No. 2:15-cv-02422-MMD-NJK

              Plaintiff/Counter-defendant,

vs.

MOBILE SIMPLE SOLUTIONS, INC., a
Delaware corporation, MOBILE SIMPLE
SOLUTIONS (IAS), INC., a Canadian
corporation, VINCENT TESSIER, an
individual, CHRISTELLE PIGEAT, an
individual,

              Defendants/Counterclaimants.

**NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE**

You are hereby notified that the Peninsula Beverly Hills Hotel (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. **Therefore, further use of the ABreez software is prohibited without further order of the court.**

The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

PARSONS
BEHLE &
LATIMER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>            Plaintiff/Counter-defendant,<br><br>vs.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>           Defendants/Counterclaimants. | Case No. 2:15-cv-02422-MMD-NJK |

## NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE

You are hereby notified that The Quin Hotel (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. **Therefore, further use of the ABreez software is prohibited without further order of the court.**

The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

PARSONS
BEHLE &
LATIMER

14

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>            Plaintiff/Counter-defendant,<br><br>vs.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>            Defendants/Counterclaimants. | Case No. 2:15-cv-02422-MMD-NJK |

## NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE

You are hereby notified that the Renaissance Paris Republique (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. **Therefore, further use of the ABreez software is prohibited without further order of the court.**

The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation, | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff/Counter-defendant, vs. | |
| MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, | |
| Defendants/Counterclaimants. | |

**NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE**

You are hereby notified that the Mondrian Hotel (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. **Therefore, further use of the ABreez software is prohibited without further order of the court.**

The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

PARSONS
BEHLE &
LATIMER

1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,

                Plaintiff/Counter-defendant,

vs.

MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,

              Defendants/Counterclaimants.

Case No. 2:15-cv-02422-MMD-NJK

12

## NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE

13

14

15

16

17

18

19

20

21

      You are hereby notified that The Dorchester Hotel (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. **Therefore, further use of the ABreez software is prohibited without further order of the court.**

22

23

24

      The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

25

26

27

28

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,

Case No. 2:15-cv-02422-MMD-NJK

5

                    Plaintiff/Counter-defendant,

vs.

6

7

MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,

8

9

10

                    Defendants/Counterclaimants.

11

12

### NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE

13

14

        You are hereby notified that the Trump Vancouver Hotel (the "Hotel") cannot use the

15

ABreez software until further notice. Therefore, please take whatever steps are necessary to

16

disable the ABreez software on the Hotel's network system, including uninstalling the ABreez

17

software if necessary. This directive is the result of a court order issued by the United States

18

District Court for the District of Nevada. The court found that the ABreez Property Management

19

System Application was developed using trade secrets misappropriated from Bartech Systems

20

International, Inc. **Therefore, further use of the ABreez software is prohibited without**

21

**further order of the court.**

22

        The court ordered that this notice be sent to all customers using the ABreez software with

23

the Property Management System Application installed.

24

25

26

27

28

PARSONS
BEHLE &
LATIMER

19

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,

            Plaintiff/Counter-defendant,

vs.

MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,

            Defendants/Counterclaimants.

Case No. 2:15-cv-02422-MMD-NJK

## NOTICE OF INJUNCTION PROHIBITING USE OF ABREEZ SOFTWARE

You are hereby notified that the Pontchartrain Hotel (the "Hotel") cannot use the ABreez software until further notice. Therefore, please take whatever steps are necessary to disable the ABreez software on the Hotel's network system, including uninstalling the ABreez software if necessary. This directive is the result of a court order issued by the United States District Court for the District of Nevada. The court found that the ABreez Property Management System Application was developed using trade secrets misappropriated from Bartech Systems International, Inc. **Therefore, further use of the ABreez software is prohibited without further order of the court.**

The court ordered that this notice be sent to all customers using the ABreez software with the Property Management System Application installed.

PARSONS
BEHLE &
LATIMER

20

# EXHIBIT B

# EXHIBIT B

| Company | Hotel Name | Address | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|
| AB "Valmeda" | Holiday Inn Vilnius | Simyniskiy str 1 | Vilnius | | | Lithuania |
| ~~Sunset Tower Hotel~~ | ~~Sunset Tower Hotel~~ | ~~8358 Sunset Boulevard~~ | ~~Los Angeles~~ | ~~California~~ | ~~90069~~ | ~~United States~~ |
| Beekman Hotel | Beekman Hotel | 123 Nassau Street | New York | New York | 10038 | United States |
| 5 Beekman Property Owner LLC | Beekman Hotel | 38 Park Row | New York | New York | 10038 | United States |
| Royalton 44 Hotel Leasing L.L.C. | Royalton Hotel | 545 E. John Carpenter Freeway Suite 1300 | Irving | Texas | 75062-8124 | United States |
| 80 Wythe LLC | Wythe Hotel | 45 Main Street, Suite 602 | Brooklyn | New York | 11201 | United States |
| 1612 Wazee LLC | Nativ Hotel | 1612 Wazee LLC | Denver | Colorado | 80202 | United States |
| Clift Holdings LLC | Clift Hotel | c/o Cara Ciuffani, 475 Tenth Avenue | New York | New York | 10018 | United States |
| Lighthouse Properties, LLC | The Raphael Hotel | P.O. Box 856 | Salina | Kansas | 67402-0856 | United States |
| Peninsula Beverly Hills Hotel | Peninsula Beverly Hills Hotel | 9882 South Santa Monica Boulevard | Beverly Hills | California | 90212 | United States |
| The Quin Hotel | The Quin Hotel | 101 West 57th Street at 6th Avenue | New York | New York | 10019 | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Renaissance Paris Republique SAS S.H.P.R. | Renaissance Paris Republique | 40, Rene Boulanger | Paris | | 75010 | France |
| Wolverine Lessee LLC | Mondrian Hotel | c/o I.W. Winsten Honigman Miller Schwartz and Cohn LLP 660 Woodward Avenue | Detroit | Michigan | 48226-3506 | United States |
| ~~Profitability Consulting PTY Limited~~ | ~~Alpine Gables Apartment Hotel~~ | ~~PO Box 1882~~ | ~~Wollongong~~ | ~~New South Wales~~ | | ~~Australia~~ |
| The Dorchester LTD | The Dorchester Hotel | 53 Park Lane, Mayfair | London | | W1K 1Q1 | United Kingdom |
| TA Hotel Management LP | Trump Vancouver Hotel | 1161 West Georgia Street | Vancouver | British Columbia | V6E 0C6 | Canada |
| Pontchartrain Hotel | Pontchartrain Hotel | 2031 St. Charles Avenue | New Orleans | Louisiana | 70130 | United States |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and

that on the 28th day of March, 2017, I served a true and correct copy of the foregoing

**[PROPOSED] ORDER** via courtesy email (listed below) and U.S. Mail, at Reno, Nevada, in a

sealed envelope with first-class postage fully prepaid and addressed as follows:

Mobile Simple Solutions, Inc.
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

Mobile Simple Solutions (IAS), Inc.
3900-1, Place Ville Marie
Montreal, QC, H3B 4M7, Canada

Vincent Tessier
2298 Aria Drive
Henderson, Nevada 89052
Courtesy Email:  vintessier@gmail.com; vincent@mobile-simple.com

Christelle Pigeat
1457 rue Laurier Est, #4
Montreal, QC, H2J 1H8, Canada
Courtesy Email:  christelle@mobile-simple.com; christelle.pigeat@gmail.com

　　　　　　　　　　　/s/ Kathy Souviron
　　　　　　　　　　　Employee of Parsons Behle & Latimer