**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-02422-MMD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MOBILE SIMPLE SOLUTIONS, INC., et al., | ) | (Docket No. 239) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is *pro se* Defendant Vincent Tessier's ("Defendant") motion to apply "attorneys' eyes only" designation on production of documents following Plaintiff's subpoenas to Abreez customers. Docket No. 239. Plaintiff filed a response in opposition. Docket No. 248. No reply was filed. *See* Docket. Defendant asks the Court to compel Plaintiff to provide Defendant documents Plaintiff has received, or will receive, as a result of third-party subpoenas it has issued prior to Plaintiff reviewing them, so that Defendant can designate some of the documents as "Attorneys' Eyes Only.". *See* Docket No. 239. at 5. Plaintiff responds that Defendant's request is improper under the stipulated protective order, and that he fails to justify any sort of Attorneys' Eyes Only designation. Docket No. 248 at 4-8. The Court agrees.

Accordingly, Defendant's motion to compel, Docket No. 239, is hereby **DENIED**. Plaintiff is not required to provide documents to Defendant prior to reviewing them.

IT IS SO ORDERED.

DATED: April 17, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge