UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., | ) | |
| Plaintiff(s), | ) | 2:15-cv-02422-MMD-NJK |
| vs. | ) | ORDER |
| MOBILE SIMPLE SOLUTIONS, INC., et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion for leave to file a second amended complaint, filed on an emergency basis. Docket No. 283. The Court hereby **ORDERS** Defendant Tessier ("Defendant") to file a response to the motion no later than April 24, 2017. Plaintiff may reply to Defendant's response no later than April 26, 2017. The Court **INSTRUCTS** the Clerk's Office to serve this order on Defendant by e-mail at vintessier@gmail.com.

IT IS SO ORDERED.

DATED: April 19, 2017.

                                                        NANCY J. KOPPE
                                                        United States Magistrate Judge