Michael R. Kealy,
Nevada Bar No. 971
Ashley C. Nikkel,
Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

– and –

Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, Maryland 21201
Telephone: (410) 837-6999
Facsimile: (410) 510-1647
Email: greg@lawcfl.com
kyle@lawcfl.com

Attorneys for Plaintiff/Counter-Defendant
BARTECH SYSTEMS INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff/Counter-defendant,<br>vs.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>Defendants/Counterclaimants. | Case No. 2:15-cv-02422-MMD-NJK<br><br>ORDER |

UPON CONSIDERATION of the pleadings, Plaintiff and Counter-Defendant Bartech Systems International, Inc.'s ("Bartech") Submission of Proof of Attorneys' Fees Pursuant to the Court's Order Granting Fees (the "Submission") (ECF No. 260), the memorandum of points and authorities filed in support thereof, the declarations and exhibits attached thereto or referenced therein, Defendant and Counterclaimant Vincent Tessier's Response in opposition to this Submission (ECF No. 285), Bartech's Reply thereto (ECF No. 296), and for the reasons stated on the record during the March 23, 2017 hearing (ECF No. 266) and in this Court's May 11, 2017 Order (ECF No. 308), it is hereby **ORDERED** that Bartech's Submission, is **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendants Mobile Simple Solutions (IAS), Inc. and Vincent Tessier shall pay Bartech $55,292.00 in reasonable attorneys' fees incurred by Bartech in connection with Bartech's Second Motion for Contempt (ECF No. 117, sealed unredacted ECF No. 121) within ten (10) days of the date of this Order.

**IT IS SO ORDERED.**

DATED: May 25, 2017

_____
UNITED STATES DISTRICT JUDGE