# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., | |
| Plaintiff(s), | Case No. 2:15-cv-02422-MMD-NJK |
| vs. | ORDER |
| MOBILE SIMPLE SOLUTIONS, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for extension of scheduled deadlines. Docket No. 327. A response shall be filed no later than June 20, 2017, and any reply shall be filed no later than June 23, 2017. The Court **INSTRUCTS** the Clerk's office to serve this order on Defendant Tessier by e-mail at vintessier@gmail.com.

IT IS SO ORDERED.

DATED: June 13, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge