UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., ) <br> ) <br> Plaintiff(s),  ) <br> ) <br> vs. ) <br> ) <br> MOBILE SIMPLE SOLUTIONS, INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-02422-MMD-NJK <br><br> ORDER <br><br> (Docket No. 340) |

On July 19, 2017, Defendant GEM filed a demand for prior discovery. Docket No. 340. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 340 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: July 20, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge