Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso @greeneinfusolaw.com
         kbarlow@greeneinfusolaw.com
         skirby@greeneinfusolaw.com

Attorneys for Defendant GEM SA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL INC., | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff, | |
| V | |
| MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, GEM SA, a Belgian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, | **STIPULATION AND ORDER TO ADD DEFENDANT/COUNTERCLAIMANT GEM SA AS A PARTY TO THE AMENDED STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY AND NON-WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION** |
| Defendants | |
| MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, | |
| Counterclaimants, | |
| vs. | |
| BARTECH SYSTEMS INTERNATIONAL INC., a Delaware corporation, | |
| Counter-defendant. | |

1

Defendant/Counterclaimant GEM SA ("GEM"), by and through its counsel of record, the firm of Greene Infuso, LLP, and Plaintiff/Counterdefendant Bartech Systems International, Inc.'s ("Bartech"), by and through its counsel of record, the firm of Parsons Behle & Latimer and the firm of Conti, Fenn & Lawrence, hereby stipulate and agree to the following:

WHEREAS, Bartech and Defendants Mobile Simple Solutions, Inc. ("Mobile"), Vincent Tessier ("Tessier"), Christelle Pigeat ("Pigeat"), and their respective counsel of record entered the Amended Stipulated Protective Order Regarding Confidentiality and Non-Waiver of Attorney-Client Privilege and Work Product Protection ("Amended Protective Order") in or around July, 2015;

WHEREAS, the Court signed the Amended Protective Order on or about August 19, 2015, and the Amended Protective Order was subsequently filed with the Court on or about August 21, 2015;

WHEREAS, GEM, and Greene Infuso, LLP, as counsel for GEM, agree to be bound by the protective provisions contained within the Amended Protective Order and become a signatory thereto; and,

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

WHEREAS, it is hereby stipulated and agreed by and between counsel of record for Bartech and GEM to allow GEM to be added as a party to the Amended Protective Order;

DATED this 28th day of July, 2017.     DATED this 28th day of July, 2017.

**GREENE INFUSO, LLP**                   **PARSONS BEHLE & LATIMER**

/s/ Keith W. Barlow                      /s/ Michael R. Kealy
Michael V. Infuso, Esq.                  *(Signed by filing attorney with*
Nevada Bar No. 7388                      *permission of counsel)*
Keith W. Barlow, Esq.                    Michael R. Kealy, Esq.
Nevada Bar No. 12689                     Nevada Bar No. 971
3030 South Jones Boulevard, Suite 101    Ashley C. Nikkel, Esq.
Las Vegas, Nevada 89146                  Nevada Bar No. 12838
                                         50 W. Liberty Street, Suite 750
Attorneys for Defendant/Counterclaimant  Las Vegas, Nevada 89501

                                         – and –

                                         **CONTI FENN & LAWRENCE LLC**

                                         Gregory T. Lawrence, Esq.
                                         *(Admitted Pro Hac Vice)*
                                         Kyle S. Kushner, Esq.
                                         *(Admitted Pro Hac Vice)*
                                         36 S. Charles Street, Suite 2501
                                         Baltimore, Maryland 21201

                                         Attorneys for Plaintiff/Counterdefendant

                                         IT IS SO ORDERED:

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

                                         DATED: July 31, 2017

3