# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., <br><br>Plaintiff, <br><br>v. <br><br>MOBILE SIMPLE SOLUTIONS, INC.; MOBILE SIMPLE SOLUTIONS (IAS), INC.; VINCENT TESSIER; CHRISTELLE PIGEAT <br><br>Defendants. | Case No. 2:15-cv-02422-MMD-NJK <br><br>ORDER |
| MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, GEM SA, a Belgian corporation, <br><br>Counterclaimants, <br><br>v. <br><br>BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation, <br><br>Counter-defendant. | |

Upon consideration of the pleadings, the briefs relating to Plaintiff and Counter-Defendant Bartech Systems International's ("Bartech") Second Motion for Preliminary Injunction (ECF Nos. 342, 343) and oral argument held on November 6, 2017, it is hereby ordered that Defendant GEM SA ("GEM") must:

(1) Immediately cease selling, leasing, renting, or offering for sale, lease, rent or subscription any version of the ABreez software that contains or uses any

Application") without leave of Court, except for any customers that the Court has previously allowed. (*See* ECF No. 96 at 16.) Leave of Court will not be granted unless the Court finds after full briefing and hearing (if necessary) that the PMS Application no longer contains Bartech's misappropriated trade secrets. Standalone ABreez software solutions are not affected by this order.

(2) Provide notice via electronic and regular mail in the form of Exhibit A to this Order to any customer using ABreez not as a "stand alone" solution (including, but not limited to, customers identified in Exhibit B).

(3) Defendant GEM shall file proofs of service for each notice sent to each customer that falls within paragraph 2 above.

It is further ordered that if Defendant GEM fails to file proofs of service of the notice within five (5) days of the date of this Order, then Plaintiff Bartech may send the notices. Bartech must file a copy of the notices within three (3) days of sending them. Bartech's sending of the notices shall not excuse or absolve Defendant GEM's obligation to send the notices.

DATED THIS 14th day of November 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# EXHIBIT A

Notice of Preliminary Injunction Order

      This notice is issued in accordance with the United States District Court for the District of Nevada's Order preliminarily enjoining the use or sale of ABreez software that contains or uses any Property Management System interface application ("PMS Application"). In doing so, the Court granted Plaintiff Bartech Systems International, Inc.'s request for the Order to be issued pending a final decision on the merits in the case that Bartech filed. The Court has extended that Order to GEM SA. In accordance with the Court's Order, you are notified that further use of ABreez software that contains or uses any version of the PMS Application is prohibited while the Order remains in place. You will be notified if and when the Order is lifted.

      The Court ordered that this notice be sent to all customers using ABreez software with any version of the PMS Application. This is the second notice sent; you may have received a prior notice concerning the Court's Order.

# EXHIBIT B

# EXHIBIT B

| Company | Hotel Name | Address | City | State | Postal | Country |
|---|---|---|---|---|---|---|
| AB "Valmeda" | Holiday Inn Vilnius | Simyniskiy str 1 | Vilnius | | | Lithuania |
| Beekman Hotel | Beekman Hotel | 123 Nassau Street | New York | New York | 10038 | United States |
| 5 Beekman Property Owner LLC | Beekman Hotel | 38 Park Row | New York | New York | 10038 | United States |
| Royalton 44 Hotel Leasing L.L.C. | Royalton Hotel | 545 E. John Carpenter Freeway Suite 1300 | Irving | Texas | 75062-8124 | United States |
| 80 Wythe LLC | Wythe Hotel | 45 Main Street, Suite 602 | Brooklyn | New York | 11201 | United States |
| 1612 Wazee LLC | Nativ Hotel | 1612 Wazee LLC | Denver | Colorado | 80202 | United States |
| Clift Holdings LLC | Clift Hotel | c/o Benjamin S. Ackley Pryor Cashman LLP 1801 Century Park East, 24th Floor | Los Angeles | California | 90067 | United States |
| Lighthouse Properties, LLC | The Raphael Hotel | P.O. Box 856 | Salina | Kansas | 67402-0856 | United States |
| Peninsula Beverly Hills Hotel | Peninsula Beverly Hills Hotel | 9882 South Santa Monica Boulevard | Beverly Hills | California | 90212 | United States |
| The Quin Hotel | The Quin Hotel | 101 West 57th Street at 6th Avenue | New York | New York | 10019 | United States |
| Renaissance Paris Republique SAS S.H.P.R. | Renaissance Paris Republique | 40, Rene Boulanger | Paris | | 75010 | France |
| Wolverine Lessee LLC | Mondrian Hotel | c/o I.W. Winsten Honigman Miller Schwartz and Cohn LLP 660 Woodward Avenue | Detroit | Michigan | 48226-3506 | United States |
| The Dorchester LTD | The Dorchester Hotel | 53 Park Lane, Mayfair | London | | W1K 1Q1 | United Kingdom |
| TA Hotel Management LP | Trump Vancouver Hotel | 1161 West Georgia Street | Vancouver | British Columbia | V6E 0C6 | Canada |
| Pontchartrain Hotel | Pontchartrain Hotel | 2031 St. Charles Avenue | New Orleans | Louisiana | 70130 | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fairmont Amman | Fairmont Amman | 6 Beirut Street - Fifth Circle, P.O. Box 831370 Abdoun | Amman | Jordan | 11183 | Jordan |
| Hotel Covington | Hotel Covington | 638 Madison Avenue | Covington | Kentucky | 41011 | United States |