# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | (Docket No. 404) |
| MOBILE SIMPLE SOLUTIONS, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for leave to file a supplement to its motion to compel. Docket No. 404; *see also* Docket No. 360 (motion to compel). For good cause shown, the Court **GRANTS** Plaintiff's motion for leave. A response shall be filed no later than November 22, 2017. Any reply shall be filed no later than November 28, 2017. Given the recent development in the parties' ongoing discovery dispute, the Court hereby **SETS** a hearing on the motion to compel for 10:00 a.m. on December 4, 2017, in Courtroom 3D.

IT IS SO ORDERED.

Dated: November 17, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE