# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | (Docket No. 409) |
| MOBILE SIMPLE SOLUTIONS, INC., et al., | |
| Defendant(s). | |

Before the Court is a notice from the Clerk's Office that mail sent to Christelle Pigeat has been returned as undeliverable. Docket No. 409. Local Rule IA 3-1 requires that a *pro se* party "must immediately file with the court written notification of any change of mailing address...." Ms. Pigeat is hereby **ORDERED** to file a written notice of change of address by November 29, 2017.

IT IS SO ORDERED.

Dated: November 21, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE