Alex L. Fugazzi, Esq. (Nevada Bar No. 9022)
V.R. Bohman, Esq. (Nevada Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
vbohman@swlaw.com

*Attorneys for Snell & Wilmer L.L.P.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, GEM SA, a Belgian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>Defendants. | Case No. 2:15-cv-02422-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NON-PARTY SNELL AND WILMER L.L.P. TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL NON-PARTY SNELL & WILMER, LLP'S RESPONSE TO BARTECH'S SUBPOENA AND NOTICE TO TAKE DEPOSITION DUCES TECUM**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Snell & Wilmer L.L.P. ("Snell & Wilmer") and Plaintiff Bartech Systems International, Inc.'s ("Plaintiff") through their counsel of record, hereby stipulate and request an order from the Court to extend the time for Snell and Wilmer to respond to Plaintiff's Motion to Compel Non-Party Snell & Wilmer, LLP's Response to Bartech's Subpoena and Notice to Take Deposition *Duces Tecum* filed on November 17, 2017 as follows:

Snell and Wilmer L.L.P. is not a party to this matter, but the pending motion seeks documents from Snell & Wilmer. As former counsel to Defendants, Snell & Wilmer believes it must take additional precautions due to its obligations under Nevada's Rules of Professional Conduct. In light of these burdens and obligations, Plaintiff and Snell & Wilmer hereby stipulate

and request an order from the Court continuing Snell & Wilmer's response deadline to December 18, 2017, and Plaintiff's reply deadline (if any) to December 26, 2017. This is the first stipulation for extension of Snell & Wilmer's time to respond to Plaintiff's Motion to Compel Non-Party Snell & Wilmer, LLP's Response to Bartech's Subpoena and Notice to Take Deposition *Duces Tecum.*

Dated: November 29, 2017.

SNELL & WILMER L.L.P.

By: /s/ Alex L. Fugazzi
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Vance R. Bohman, Esq.
(NV Bar No. 13075)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Snell & Wilmer L.L.P.*

Dated: November 29, 2017.

PARSONS BEHLE & LATIMER

By: */s/ Michael R. Kealy*
Michael R. Kealy, Esq. (NV Bar No. 971)
Ashley C. Nikkel, Esq. (NV Bar No. 12838)
50 W. Libery Street, Suite 750
Reno, NV 89501

Gregory T. Lawrence, Esq.
(Admitted Pro Hac Vice)
Kyle S. Kushner, Esq.
(Admitted Pro Hac Vice)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, MD 21201

*Attorneys for Plaintiff/Counter-Defendant Bartech Systems International, Inc.*

**IT IS SO ORDERED.**

4836-3237-2567

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 29, 2017

- 2 -