Michael R. Kealy,
Nevada Bar No. 971
Ashley C. Nikkel,
Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

– and –

Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, Maryland 21201
Telephone: (410) 837-6999
Facsimile: (410) 510-1647
Email: greg@lawcfl.com
kyle@lawcfl.com

Attorneys for Plaintiff/Counter-Defendant
BARTECH SYSTEMS INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, GEM SA, a Belgian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>Defendants. | Case No. 2:15-cv-02422-MMD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF JOINT PROPOSED PRETRIAL ORDER DEADLINE**<br>**(Seventh Request)** |

| | |
|---|---|
| MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, GEM SA, a Belgian corporation, | |
| Counterclaimants, | |
| vs. | |
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation, | |
| Counterdefendant. | |

Pursuant to the provisions of Federal Rule of Civil Procedure 6 and Local Rules IA 6-1, 7-1, and 26-4, Plaintiff and Counter-defendant Bartech Systems International, Inc. ("Bartech") and Defendant and Counterclaimant GEM SA ("GEM"), by and through their attorneys, hereby stipulate and agree that an extension by ninety (90) days to March 13, 2018 of the deadline for submission of the proposed Joint Pretrial Order presently set for December 13, 2017 is necessary for good cause shown. This is the seventh request for an extension of a scheduled deadline.

## STIPULATION

GEM and Bartech jointly agree that an extension by ninety (90) days to March 13, 2018 of the deadline for submission of the proposed Joint Pretrial Order presently set for December 13, 2017 is necessary for good cause shown. A Motion to extend a deadline set by a Scheduling Order must be supported by a showing of "good cause." Fed. R. Civ. P. 6(b)(1)(A); *see also* LR 26-4. This Court's Scheduling Order set the deadline for submission of the proposed Joint Pretrial Order presently scheduled for December 13, 2017. Order (ECF No. 332 at 1). That deadline cannot reasonably be met by the parties due to discovery authorized by this Court that remains to be completed. In addition, the deadline for submission of the proposed Joint Pretrial Order cannot reasonably be met until resolution of the parties' ongoing dispute concerning written discovery.

Discovery authorized by this Court that remains to be completed includes the depositions of GEM's corporate designee and expert. *See* Order (ECF No. 426) (granting Bartech's request for a deposition of GEM's expert); Min. of Proc. (ECF No. 423) (noting this Court's oral Order compelling GEM's corporate designee deposition in Las Vegas, Nevada).

Moreover, this Court issued an Order providing a schedule for the submission to this Court of the parties' dispute concerning written discovery. *See* Order (ECF No. 415 at 2-3). The parties must meet and confer by December 29, 2017. *Id.* at 2. The parties must then file a joint statement regarding each discovery request for which a dispute exists after the meet and confer. *Id.* Therefore, the parties' ongoing dispute concerning written discovery will not be resolved before the December 13, 2017 deadline for the submission of the proposed Joint Pretrial Order.

The foregoing discovery authorized by the Court must be taken and the foregoing discovery dispute must be resolved before the parties are positioned to file the proposed Joint Pretrial Order. That is because the proposed Joint Pretrial Order requires the parties to, among other things, identify exhibits and specific portions of deposition transcripts to be offered at trial. *See* LR 16-3(b)(8), (10). The parties are unable to delineate exhibit lists until the universe of potential exhibits is defined by resolution of the parties' written discovery dispute. Likewise, the parties are unable to designate specific portions of deposition transcripts to be offered at trial where certain depositions remain to be taken.

## **CONCLUSION**

For the foregoing reasons, GEM and Bartech jointly agree that an extension by ninety (90) days to March 13, 2018 of the deadline for submission of the proposed Joint Pretrial Order presently scheduled for December 13, 2017 is necessary for good cause shown.

/ / /

/ / /

| DATED: December 13, 2017 | DATED: December 13, 2017 |
|---|---|
| PARSONS BEHLE & LATIMER | GREENE INFUSO, LLP |
| /s/ Michael R. Kealy | /s/ Michael V. Infuso |
| Michael R. Kealy, Esq.<br>Nevada Bar No. 971<br>Ashley C. Nikkel, Esq.<br>Nevada Bar No. 12838<br>50 W. Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: (775) 323-1601<br>Facsimile: (775) 348-7250<br>E-mail: mkealy@parsonsbehle.com<br>anikkel@parsonsbehle.com | *(Signed by filing attorney with with permission of counsel)*<br>Michael V. Infuso, Esq.<br>Nevada Bar No. 7388<br>Keith W. Barlow, Esq.<br>Nevada Bar No. 12689<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, Nevada 89146<br>Telephone: (702) 570-6000<br>Facsimile: (702) 463-8401<br>E-mail: minfuso@greeneinfusolaw.com<br>kbarlow@greeneinfusolaw.com |
| – and –<br>CONTI FENN & LAWRENCE LLC | Attorneys for Defendant/Counterclaimant |

Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, MD 21201
Telephone: (410) 837-6999
E-mail: greg@lawcfl.com
kyle@lawcfl.com

Attorneys for Plaintiff/Counter-defendant

For good cause shown, the joint pretrial order deadline is extended to March 13, 2018.

IT IS SO ORDERED.

Dated: December 14, 2017

_____
UNITED STATES MAGISTRATE JUDGE