# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARTECH SYSTEMS INTERNATIONAL, INC.,

Plaintiff(s),

vs.

MOBILE SIMPLE SOLUTIONS, INC., et al.,

Defendant(s).

Case No. 2:15-cv-02422-MMD-NJK

**ORDER**

(Docket No. 456)

Pending before the Court is Defendant GEM S.A.'s ("GEM") motion to extend the deadline for the joint proposed pretrial order. Docket No. 456. Plaintiff filed a response in opposition. Docket No. 458. No reply was filed. For the reasons discussed below, the Court **GRANTS** in part Defendant GEM's motion to extend.

Defendant GEM requests a 60-day extension to the March 13, 2018 deadline for the joint proposed pretrial order. Docket No. 456 at 2. Defendant GEM submits five reasons to extend the deadline: (1) the parties scheduled a Court-ordered deposition for February 27, 2018; (2) the parties are involved in an ongoing discovery dispute, which requires Court-ordered supplemental responses due March 12, 2018; (3) Defendant GEM plans to "challenge certain portions of the Court's order" of the supplemental responses due on March 12, 2018; (4) Defendant GEM received supplemental production "of extensive data and information" from Plaintiff on February 20, 2018; and (5) Defendant GEM's counsel has previously scheduled conflicting trial dates and other deadlines in the upcoming weeks. *Id.* at 2-3.

Plaintiff submits in opposition that the extension should be limited to 30 days because it had previously stipulated to Defendant GEM's initial request to a 30-day extension. Docket No. 458 at 3. In opposition to Defendant GEM's submissions, Plaintiff submits that: (1) outstanding discovery will be substantially completed prior to the March 13, 2018 deadline; (2) the discovery dispute is not "ongoing" as the Court has ordered Defendant GEM to provide supplemental responses; (3) an anticipated challenge to the Court's order does not permit Defendant GEM to withhold discovery; (4) Plaintiff's supplemental production is unlikely to affect compliance with the March 13, 2018 deadline; and (5) Defendant GEM's submissions as to its other upcoming deadlines are "vague and unsupported." *Id.* at 6-7.

The Court finds that good cause has been shown for a 30-day extension. Accordingly, Defendant GEM's motion to extend the joint proposed pretrial order is **GRANTED** in part. Docket No. 456. The joint proposed pretrial order is due April 12, 2018.

IT IS SO ORDERED.

Dated: March 1, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE