Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
    kbarlow@greeneinfusolaw.com
    skirby@greeneinfusolaw.com

Attorneys for Defendant GEM SA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v <br><br> MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, GEM SA, a Belgian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, <br><br> Defendants <br> _____ <br> MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, <br><br> Counterclaimants, <br><br> vs. <br><br> BARTECH SYSTEMS INTERNATIONAL INC., a Delaware corporation, <br><br> Counter-defendant. | Case No. 2:15-cv-02422-MMD-NJK <br><br><br> **STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON DEFENDANT GEM SA'S EMERGENCY MOTION TO LIFT/DISSOLVE AND/OR RECONSIDER THE PRELIMINARY INJUNCTION** <br> **(First Request)** |

1

Pursuant to the provisions of Federal Rule of Civil Procedure 6 and Local Rules IA 6-1, Plaintiff and Counter-defendant Bartech Systems International, Inc. ("Bartech") and Defendant and Counterclaimant GEM SA ("GEM"), by and through their attorneys, hereby stipulate and agree to a continuance of the hearing on GEM's Emergency Motion to Lift/Dissolve and/or Reconsider the Preliminary Injunction ("Motion to Lift") currently scheduled for April 19, 2018 at 1:30 p.m. ("Hearing"). This is the first request for a continuation of the Hearing. GEM and Bartech hereby stipulate and agree to the following:

WHEREAS, this Court set a Hearing on the Motion to Lift for April 19, 2018;

WHEREAS, Defendant GEM's counsel represents that unexpected issues arose on April 17, 2018, at a trial on an unrelated matter in which Defendant GEM's counsel is involved, thereby rendering GEM's counsel unable to attend the Hearing;

WHEREAS, GEM and Bartech jointly agree to a continuation of the Hearing;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

2

| | |
|---|---|
| DATED this 18th day of April, 2018. | DATED this 18th day of April, 2018. |
| **GREENE INFUSO, LLP** | **PARSONS BEHLE & LATIMER** |
| /s/ Keith W. Barlow<br>Michael V. Infuso, Esq.<br>Nevada Bar No. 7388<br>Keith W. Barlow, Esq.<br>Nevada Bar No. 12689<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, Nevada 89146<br><br>Attorneys for Defendant/Counterclaimant | /s/ Michael R. Kealy<br>*(Signed by filing attorney with permission of counsel)*<br>Michael R. Kealy, Esq.<br>Nevada Bar No. 971<br>Ashley C. Nikkel, Esq.<br>Nevada Bar No. 12838<br>50 W. Liberty Street, Suite 750<br>Las Vegas, Nevada 89501<br><br>– and –<br><br>**CONTI FENN & LAWRENCE LLC**<br><br>Gregory T. Lawrence, Esq.<br>(*Admitted Pro Hac Vice*)<br>Kyle S. Kushner, Esq.<br>(*Admitted Pro Hac Vice*)<br>36 S. Charles Street, Suite 2501<br>Baltimore, Maryland 21201<br><br>Attorneys for Plaintiff/Counterdefendant |

The hearing set for April 19, 2018 at 1:30 PM is vacated. The matter will be reset by the Courtroom Administrator.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 18, 2018