UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re Vincent Tessier,<br>                              Debtor,.<br><br>Bartech Systems International, Inc.,<br>                              Plaintiff,<br><br>           v.<br><br>Vincent Tessier,<br>                              Defendant. | Case No. 2:18-cv-00212-GMN<br><br><br><br><br><br><br><br><br>*and related case* |
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br>                              Plaintiff,<br><br>           v.<br><br>MOBILE SIMPLE SOLUTIONS, INC. a Delaware corporation; MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation; GEM SA, a Belgian corporation; VINCENT TESSIER, an individual; CHRISTELLE PIGEAT, an individual,<br>                              Defendants,<br><br>*and related claims.* | <br><br><br><br><br><br><br><br><br>Case No. 2:15-cv-02422-MMD-NJK<br><br>REASSIGNMENT ORDER |

        The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 2:18-cv-00212-GMN is reassigned to District Judge Miranda M. Du and all future filings must bear case number 2:18-cv-00212-MMD.

DATED THIS 26th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE