UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARTECH SYSTEMS INTERNATIONAL, INC.,

    Plaintiff(s),

v.

MOBILE SIMPLE SOLUTIONS, INC., et al.,

    Defendant

Case No.: 2:15-cv-2422-MMD-NJK

**Order**

(Docket No. 486)

Pending before the Court is Defendant Vincent Tessier's motion to extend time to file a pretrial order. Docket No. 486. On June 11, 2018, Plaintiff and Defendant GEM SA filed their joint pretrial order, which did not include a statement from Defendant Tessier. Docket No. 485. In the instant motion, Defendant Tessier asks the Court for a 60-day extension to file his pretrial order. Docket No. 486. Defendant Tessier submits the following reasons establish good cause for the extension: (1) he is *pro se*; (2) the automatic stay due to his bankruptcy was lifted in April 2018; (3) he works full-time and, therefore, has limited time to review the necessary documents; (4) Plaintiff does not object to the extension; and (5) the extension will not delay proceedings, as the proposed dates for trial are in early 2019. *Id.* at 2; *see also* Docket No. 485 at 36.

//
//
//

1

For good cause shown, the Court **GRANTS** Defendant Tessier's motion to extend time to file a pretrial order. Docket No. 486. A pretrial order shall be filed no later than August 14, 2018.

IT IS SO ORDERED.

Dated: June 15, 2018

>_____
NANCY J. KOPPE
United States Magistrate Judge