Michael R. Kealy,
Nevada Bar No. 971
Ashley C. Nikkel,
Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Email: mkealy@parsonsbehle.com
         anikkel@parsonsbehle.com

        – and –

Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, Maryland  21201
Telephone:  (410) 837-6999
Facsimile: (410) 510-1647
Email: greg@lawcfl.com
         kyle@lawcfl.com

Attorneys for Plaintiff/Counter-Defendant
BARTECH SYSTEMS INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation, | Case No. 2:15-cv-02422-MMD-NJK |
| Plaintiff, | ORDER |
| vs. | |
| MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, GEM SA, a Belgian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, | |
| Defendants. | |

MOBILE SIMPLE SOLUTIONS, INC., a
Delaware corporation, VINCENT TESSIER,
an individual, CHRISTELLE PIGEAT, an
individual, GEM SA, a Belgian corporation,

                    Counterclaimants,

vs.

BARTECH SYSTEMS INTERNATIONAL,
INC., a Delaware corporation,

                    Counter-defendant.

**UPON CONSIDERATION** of the pleadings, Plaintiff and Counter-Defendant Bartech Systems International's ("Bartech") Motion to Seal Portions of Exhibits 2 and 3 to Plaintiff's Application for Relief Against Defendant Mobile Simple Solutions (IAS), Inc., on Default Judgment, any opposition thereto, and oral argument, if any, it is hereby **ORDERED** that Bartech's Motion to Seal Portions of Exhibits 2 and 3 to Plaintiff's Application for Relief Against Defendant Mobile Simple Solutions (IAS), Inc. is **GRANTED**.

**IT IS SO ORDERED.**

DATED:  July 31, 2018

UNITED STATES DISTRICT JUDGE