# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> MOBILE SIMPLE SOLUTIONS, et al., <br><br> Defendant(s). | Case No.: 2:15-cv-02422-MMD-NJK <br><br> **Order** <br><br> [Docket No. 500] |

Pending before the Court is Plaintiff's motion to seal. Docket No. 500. Plaintiff asks the Court to redact certain portions of its motion for leave to file a third amended complaint, as well as portions of Exhibits 3 and 4 to its motion. Docket No. 500 at 4. Plaintiff's reason for the requested redactions is that the documents at issue were produced by Defendant GEM under the terms of the parties' Amended Stipulated Protective Order. *Id.* The Court ordered Defendant GEM to file a response addressing whether the proposed redactions meet the appropriate sealing standards. Docket No. 507. Defendant GEM has complied.

Documents may be sealed or redacted upon a particularized showing of good cause. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Defendant GEM submits that the information in the proposed redactions has largely been disclosed and, therefore, submits that the redacted information can be properly filed on the public docket. Docket No. 509 at 2-3. Accordingly, the motion to seal is **DENIED**. Docket No. 500. The Court **INSTRUCTS** the Clerk's Office to unseal the document at Docket No. 501.

IT IS SO ORDERED.

Dated: October 11, 2018

_____
Nancy J. Koppe
United States Magistrate Judge