Alex Fugazzi (Nevada Bar #9022)
V.R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
afugazzi@swlaw.com
vbohman@swlaw.com

*Counsel for Non-Party Snell & Wilmer L.L.P.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>Defendants.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, MOBILE SIMPLE SOLUTIONS (IAS), INC., a Canadian corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual,<br><br>Counterclaimants,<br><br>vs.<br><br>BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>Counter-defendant. | Case No. 2:15-cv-02422-MMD-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

SNELL & WILMER L.L.P. hereby requests that it and all of its listed attorneys be removed from the CM/ECF service list for this matter because Snell & Wilmer, L.L.P. is no longer involved in this matter. SNELL & WILMER L.L.P. specifically requests removal of the following attorneys from the service list: Alex L. Fugazzi, Adam Q. Tully, and V.R. Bohman.

Dated: October 16, 2018

SNELL & WILMER L.L.P.

By: */s/ V.R. Bohman*
Alex Fugazzi (Nevada Bar #9022)
V.R. Bohman (Nevada Bar #13075)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2018

- 2 -