Michael R. Kealy,
Nevada Bar No. 971
Ashley C. Nikkel,
Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

– and –

Gregory T. Lawrence, Esq.
(*Admitted Pro Hac Vice*)
Kyle S. Kushner, Esq.
(*Admitted Pro Hac Vice*)
CONTI FENN & LAWRENCE LLC
36 S. Charles Street, Suite 2501
Baltimore, Maryland 21201
Telephone: (410) 837-6999
Facsimile: (410) 510-1647
Email: greg@lawcfl.com
kyle@lawcfl.com

Attorneys for Plaintiff/Counter-Defendant
BARTECH SYSTEMS INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, 8854831 Canada Inc., a Canadian corporation, GEM SA, a Belgian company, MOBILE SIMPLE SOFTWARE SERVICES(FRANCE), a French company, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, | Case No. 2:15-cv-02422-MMD-NJK<br><br>**STIPULATION TO STAY CASE AND REMOVE TRIAL DATE** |

PARSONS
BEHLE &
LATIMER

| | |
|---|---|
| | Defendants. |
| | MOBILE SIMPLE SOLUTIONS, INC., a Delaware corporation, VINCENT TESSIER, an individual, CHRISTELLE PIGEAT, an individual, GEM SA, a Belgian corporation, |
| | Counterclaimants, |
| | vs. |
| | BARTECH SYSTEMS INTERNATIONAL, INC., a Delaware corporation, |
| | Counter-defendant. |

Plaintiff and Counter-defendant Bartech Systems International, Inc. ("Bartech") and Defendant and Counterclaimants GEM SA ("GEM") and Mobile Simple Software Services(France) ("Mobile France"), by and through their attorneys, and Vincent Tessier, in proper person (collectively, the "Parties"), hereby stipulate and agree as follows:

1. The Parties have entered into a Settlement Agreement and consent Order of Final Judgment of a Permanent Injunction and Declaratory Relief that, among other things, resolves the Parties' claims made against each other in this matter and renders the trial set to commence on November 27, 2018 moot.

2. Because the Settlement Agreement and Order of Final Judgment of a Permanent Injunction and Declaratory Relief include two individuals in bankruptcy, the Parties are seeking the approval of the U.S. Bankruptcy Court for the District of Nevada on an expedited basis.

3. Once bankruptcy court approval is obtained, the Parties intend to file a Stipulation and the Order of Final Judgment of a Permanent Injunction and Declaratory Relief for entry by this Court.

4. This Court has discretionary power to stay this matter. *Landis v. N.A. Co.*, 299 U.S. 248, 254-55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every

court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment which must weigh competing interests and maintain an even balance."); *see also Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005); *United States v. Grace*, 526 F.3d 499, 516 (9th Cir. 2008) (en banc) (holding that district courts have broad authority to, among other things, manage their own docket); *cf.* Fed. R. Civ. P. 1, 79.

5. The Parties agree that a stay of all deadlines pending resolution of the proceedings that seek approval of the Settlement Agreement and Order of Final Judgment of Permanent Injunction and Declaratory Relief is appropriate and serves the interests of judicial economy and presents the most efficient and least expensive method of resolving this matter.

6. The Parties further agree that the trial set to commence on November 27, 2018 is moot, and it is thus appropriate to remove that trial date from the docket.

| PARSONS BEHLE & LATIMER | GREENE INFUSO, LLP |
|---|---|
| /s/ Michael R. Kealy | /s/ Michael V. Infuso |
| Michael R. Kealy, Esq.<br>Nevada Bar No. 971<br>Ashley C. Nikkel, Esq.<br>Nevada Bar No. 12838<br>50 W. Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: (775) 323-1601<br>Facsimile: (775) 348-7250<br>E-mail: mkealy@parsonsbehle.com<br>　　　anikkel@parsonsbehle.com | *(Signed by filing attorney with*<br>*with permission of counsel)*<br>Michael V. Infuso, Esq.<br>Nevada Bar No. 7388<br>Keith W. Barlow, Esq.<br>Nevada Bar No. 12689<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, Nevada 89146<br>Telephone: (702) 570-6000<br>Facsimile: (702) 463-8401<br>E-mail: minfuso@greeneinfusolaw.com<br>　　　kbarlow@greeneinfusolaw.com |
| – and – | |
| CONTI FENN & LAWRENCE LLC<br>Gregory T. Lawrence, Esq.<br>(*Admitted Pro Hac Vice*)<br>Kyle S. Kushner, Esq.<br>(*Admitted Pro Hac Vice*)<br>CONTI FENN & LAWRENCE LLC | Attorneys for Defendant/Counterclaimants GEM and Mobile France |

Telephone: (410) 837-6999
E-mail: greg@lawcfl.com
kyle@lawcfl.com

Attorneys for Plaintiff/Counter-defendant

10/26/2018

*[signature: Tessier]*

Vincent Tessier
2298 Aria Drive
Henderson, Nevada 89052
(702) 721-1469
vintessier@gmail.com

Defendant in Proper Person

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 26, 2018

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 26th day of October, 2018, I filed a true and correct copy of the foregoing Stipulation to Stay Case and Remove Trial Date with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

| | |
|---|---|
| Michael V. Infuso, Esq.<br>Keith W. Barlow, Esq.<br>Sean B. Kirby, Esq.<br>Greene Infuso, LLP<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, NV 89146<br>minfuso@greeneinfusolaw.com<br>kbarlow@greeneinfusolaw.com<br>skirby@greeneinfusolaw.com<br>*Attorneys for Defendant GEM SA* | Matthew L. Johnson<br>Johnson & Gubler, P.C.<br>8831 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>mjohnson@mjohnsonlaw.com<br>Attorney for Vincent Tessier in Bankruptcy matter |

-and- via Courtesy Email (listed below) and U.S. Mail, at Reno, Nevada, in sealed envelopes with first-class postage fully prepaid and addressed as follows:

| | |
|---|---|
| Mobile Simple Solutions, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, Delaware 19808 | Mobile Simple Solutions (IAS), Inc.<br>c/o Michel Marleau, Esq.<br>Ernst & Young Inc.<br>800 Rene-Levesque Boulevard West<br>Montreal, QC H3B 2X9, Canada |
| Vincent Tessier<br>2298 Aria Drive<br>Henderson, Nevada 89052<br>Courtesy Email:<br>vintessier@gmail.com;<br>vincent@mobile-simple.com | Christelle Pigeat<br>1457 rue Laurier Est, #4<br>Montreal, QC, H2J 1H8, Canada<br>Courtesy Email:<br>christelle@mobile-simple.com;<br>christelle.pigeat@gmail.com |

                                                /s/ Kathy Souviron
                                                Employee of Parsons Behle & Latimer